IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENTA SHARP,

    Petitioner,

v.                                                      CASE NO. 4:07-cv-00017-MP-MD

WALTER A. McNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, Report and Recommendation of the Magistrate Judge, which recommends that the Amended Petition for Writ of Habeas Corpus (Doc. 12) be denied. The Magistrate issued the Report on March 9, 2009. The Court provided a copy of the Report to each of the parties and afforded the parties an opportunity to file objections. No party has filed an objection, and the time to do so has now passed. Upon consideration, the Court agrees with the Magistrate that the petition is without merit and should be denied. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge (Doc. 31) is ADOPTED and incorporated herein. The Amended Petition for Writ of Habeas Corpus (Doc. 12), challenging the conviction and sentence in State of Florida v. Kenta Sharp in the Circuit Court of Leon County, Florida, case no. 02-03468, is DENIED. The Clerk is directed to close the file.

    **DONE AND ORDERED** this  _10th_ day of April, 2009

                                     *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge